**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A.,<br><br>              Plaintiff,<br><br>   v.<br><br>VERIZON ONLINE LLC, VERIZON DELAWARE LLC, and VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>              Defendants. | C.A. No. 1:18-cv-01742-LPS-CJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Sisvel International S.A. ("Plaintiff"), and Defendants Verizon Online LLC, Verizon Delaware LLC and Verizon Business Network Services, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal with prejudice of all claims asserted in the above-captioned matter against Defendants. The parties shall bear their own costs, expenses and attorneys' fees.

*(signatures on following page)*

1

Dated:  September 12, 2019

| | |
|---|---|
| DEVLIN LAW FIRM LLC | Respectfully submitted,<br><br>GREENBERG TRAURIG LLP |
| */s/ Timothy Devlin*<br>Timothy Devlin (No. 4241)<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>tdevlin@devlinlawfirm.com<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiff*<br>*Sisvel International S.A.* | */s/ Benjamin J. Schladweiler*<br>Benjamin J. Schladweiler<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>schladweilerb@gtlaw.com<br><br>Kevin P. Anderson<br>DUANE MORRIS LLP<br>505 9th Street, N.W., Suite 1000<br>Washington, D.C. 20004-2166<br>kpanderson@duanemorris.com<br><br>Glenn D. Richeson<br>DUANE MORRIS LLP<br>1075 Peachtree NE, Suite 2000<br>Atlanta, GA 30309-3929<br>gdricheson@duanemorris.com<br><br>*Attorneys for Defendants Verizon Online*<br>*LLC, Verizon Delaware LLC and Verizon*<br>*Business Network Services, Inc.* |